IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

Joshua Haltom dba / Josiah Haltom
_____
(Enter above the full name of the plaintiff
or plaintiffs in this action.)

RECEIVED
OCT - 2 2024
Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Jackson

vs.

City of Henderson, TEN
Police Department
_____
(Enter above the full name of the defendant
or defendants in this action.)

COMPLAINT FOR VIOLATION OF CIVIL RIGHTS UNDER 42 U.S.C., §1983

I.  Previous Lawsuits
    A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? Yes ( ) No (✗)

    B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

        1. Parties to this previous lawsuit
        Plaintiffs: _____
        _____

        Defendants: _____
        _____

        2. Court (if federal court, name the district; if state court, name the county): _____

        3. Docket Number: _____
        4. Name of judge to whom case was assigned: _____
        5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) _____

        6. Approximate date of filing lawsuit: _____

        7. Approximate date of disposition: _____

Revised 4/18/08

II. Place of Present Confinement: Community Corrections
  A. Is there a prisoner grievance procedure in the institution?
        Yes (✓) No ( )
  B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
        Yes ( ) No (✓)
  C. If your answer is Yes:
    1. What steps did you take? One Peoples Public Trust Courtesy Notices + Notices + CoL Violation Warning 3x
    2. What was the result? neglected to respond Profiled + targeted
  D. If your answer is No, explain why not: _____

III. Parties
  (In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)
  A. Name of Plaintiff Joshua Haltom
     Address 603 North Ave., Henderson, TEN [38340]

  (In item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of an additional defendants.)
  B. Defendant Officers Cook, Holloway, + Heathcock is employed as Police officers
     at City of Henderson Police Department
  C. Additional Defendants: Judge Chip Sherod

IV. Statement of Claim

  State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheet if necessary.

  Agents for CHPD were given my lawful Clergy ID when they requested ID but all refused numerous times, given notice in court to which unfair trial were ignored. They proceed to seize my property ulawfully, demanding fees for allegations that are contrived commercial profit pursuits. I do not consent. They also caused my licenses to be suspended on account of a bogus scheme of lies.

-2-
Revised 1/18/08

V. Relief
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

Acknowledge lawful ID
Evidence of Law / Religious
Freedom / Americans with Disabilities Act
Compensate my family's account
for pain + suffering and
Deprivation of Rights
2 million USD
or troy silver

VI. Jury Demand
I would like to have my case tried by a jury. Yes (X) No ( ).

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of our information, knowledge, and belief.

Signed this 2nd day of October, 2024. All rights reserved

Josh Haltom
Haltom Family Ministries
and Consultants
(Signature of Plaintiff/Plaintiffs)

603 North Ave
Henderson, TN
[38340]

-3-